IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

KRISTINA R QUARLES                                                               PETITIONER
ADC #760441

5:15-cv-00275-JTK

WENDY KELLEY, *Director*,                                                        RESPONDENT
Arkansas Department of Correction

JUDGMENT

The petition for a writ of habeas corpus is denied.

SO ADJUDGED this 11th day of January, 2016.

_____
United States Magistrate Judge